**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Deepa Krishnan (Bar No. 228664)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@kronenbergerlaw.com
jeff@kronenbergerlaw.com
deepa@kronenbergerlaw.com

Attorneys for Defendant
MIKHAIL FIKS

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LIMO HOSTING, INC.**, a Florida corporation, **OLEG GRIDNEV**, an individual,<br><br>     Plaintiff,<br>     v.<br><br>**MIKHAIL FIKS (aka "Mike Fiks")** d/b/a **"FIXEDSITES.COM"**, an individual, and **DOES 1-10.**<br><br>     Defendant. | CASE NO. CV-08-2474<br><br>**PROOF OF SERVICE** |

CASE NO. CV-08-2474

1

**PROOF OF SERVICE**

## PROOF OF SERVICE

I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 150 Post Street, Suite 520, San Francisco, California, 94108.

On May 15, 2008, I served the following document(s):

(1) CIVIL COVER SHEET
(2) NOTICE OF REMOVAL (FILE STAMPED)
(3) ECF REGISTRATION INFORMATION HANDOUT
(4) DROP BOX FILING PROCEDURES
(5) NOTICE OF AVAILABILTY OF MAGISTRATE JUDGE
(6) NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS
(7) WAIVER OF SERVICE OF SUMMONS
(8) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
(9) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

on the parties listed below as follows:

*Counsel For Limo Hosting, Inc and Oleg Gridnev:*

Timothy J. Walton
WALTON & ROESS, LLP
407 South California
Suite 8
Palo Alto, CA 94306

[X] BY FIRST CLASS MAIL, by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, for collection and mailing, in San Francisco, California, following ordinary business practices, which is deposited with the US Postal Service the same day as it is placed for processing.

[ ] BY EMAIL, to the address(es) listed herein

[ ] BY FACSIMILE

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Adam Schneider*
Adam Schneider

CASE NO. CV-08-2474                     2                     PROOF OF SERVICE