**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Deepa Krishnan (Bar No. 228664)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@kronenbergerlaw.com
jeff@kronenbergerlaw.com
deepa@kronenbergerlaw.com

Attorneys for Defendant MIKHAIL FIKS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LIMO HOSTING, INC.**, a Florida corporation, **OLEG GRIDNEV**, an individual,<br><br>    Plaintiffs,<br>v.<br><br>**MIKHAIL FIKS (aka "Mike Fiks")** d/b/a **"FIXEDSITES.COM"**, an individual, and **DOES 1-10.**<br><br>    Defendant. | CASE NO. 3:08-cv-02474-SC<br><br>**DECLARATION OF DEEPA KRISHNAN IN SUPPORT OF DEFENDANT FIKS'S MOTION TO DISMISS COMPLAINT UNDER 12(B)(6)**<br><br>Date:    July 11, 2008<br>Time:   10:00 AM<br>Ctrm:   1, 17th Floor |

## **DECLARATION**

I, Deepa Krishnan, declare as follows:

1. I am an attorney with Kronenberger Burgoyne, LLP, counsel to Defendant Mikhail Fiks in this action. Except as otherwise noted, I have personal knowledge of the facts stated herein and could and would competently testify thereto.

2. Attached hereto as Exhibit "A" is a true and correct copy of the trademark registration for LIMO HOSTING (U.S. PTO Reg. No. 3022308), appearing on the Supplemental Register, which I printed from the United States Patent and Trademark Office's Trademark Electronic Search System ("TESS") on May 21, 2008. TESS does not list any other registrations for LIMO HOSTING.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on May 21, 2008, in San Francisco, California.

/s/
Deepa Krishnan



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed May 21 04:15:00 EDT 2008

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout　Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status　( Use the "Back" button of the Internet Browser to return to TESS)

## Limo Hosting

| | |
|---|---|
| Word Mark | LIMO HOSTING |
| Goods and Services | IC 042. US 100 101. G & S: Design, creation, hosting, maintenance of websites for others. FIRST USE: 20021222. FIRST USE IN COMMERCE: 20021228 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 78592826 |
| Filing Date | March 22, 2005 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Supplemental Register Date | October 17, 2005 |
| Registration Number | 3022308 |
| Registration Date | November 29, 2005 |
| Owner | (REGISTRANT) Gridnev, Oleg INDIVIDUAL UNITED STATES PO Box 86514 Madeira Beach FLORIDA 33738 |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HOSTING" APART FROM THE MARK AS SHOWN |
| Type of Mark | SERVICE MARK |
| Register | SUPPLEMENTAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY