**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Deepa Krishnan (Bar No. 228664)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@kronenbergerlaw.com
jeff@kronenbergerlaw.com
deepa@kronenbergerlaw.com

Attorneys for Defendant MIKHAIL FIKS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LIMO HOSTING, INC.**, a Florida corporation, **OLEG GRIDNEV**, an individual,<br><br>        Plaintiffs,<br><br>    v.<br><br>**MIKHAIL FIKS (aka "Mike Fiks")** d/b/a **"FIXEDSITES.COM"**, an individual, and **DOES 1-10.**<br><br>        Defendant. | CASE NO. 3:08-cv-02474-SC<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFFS' COMPLAINT WITH PREJUDICE** |

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

CASE NO. 3:08-cv-02474-SC                                                    **[PROPOSED] ORDER**

1    Defendant Mikhail Fiks's Motion to Dismiss Plaintiffs' Complaint Under 12(b)(6)

2  was presented to this Court on July 11, 2008.  The Court, having considered the

3  pleadings, other relevant documents, arguments, and legal authorities, hereby concludes

4  that, good cause appearing

5        1.    IT IS HEREBY ORDERED THAT Plaintiffs' Complaint is dismissed with

6            prejudice.

7

8  IT IS SO ORDERED:

9

10  Dated:_____

11

12                                    _____

13                                    Honorable Samuel Conti

14                                    United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

CASE NO. 3:08-cv-02474-SC

1

**[PROPOSED] ORDER**