Timothy J. Walton (State Bar No. 184292)
WALTON & ROESS LLP
407 South California
Suite 8
Palo Alto, CA 94306

Phone (650) 566-8500
Fax: (650) 618-8687

Attorneys for Plaintiffs
LIMO HOSTING, INC. and OLEG GRIDNEV

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIMO HOSTING, INC., *et al.*, | Case No.: C-08-02474 SC |
| Plaintiff, | **DEMAND FOR JURY TRIAL** |
| vs. | |
| MIKHAIL FIKS (aka "Mike Fiks") d/b/a "FIXEDSITES.COM", an individual; and DOES 1-10, | |
| Defendants. | |

DEMAND FOR JURY

    Plaintiff Limo Hosting, Inc., demands a trial by jury of all issues so triable in this action pursuant to Rule 38 of the Federal Rules of Civil Procedure.

                                        WALTON & ROESS LLP

Date:_____        BY: /s/ Timothy J. Walton
                                                        TIMOTHY J. WALTON
                                                        Attorneys for LIMO HOSTING, INC.
                                                        and OLEG GRIDNEV