Timothy J. Walton (State Bar No. 184292)
WALTON & ROESS LLP
407 South California, Suite 8
Palo Alto, CA 94306

Phone (650) 566-8500
Fax: (650) 618-8687

Attorneys for Plaintiffs
LIMO HOSTING, INC. and OLEG GRIDNEV

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LIMO HOSTING, INC. et al., | ) Case No.: 3:08-cv-0247-SC |
| Plaintiffs, | ) |
| vs. | ) **[PROPOSED] ORDER DENYING** |
| | ) **DEFENDANT'S MOTION TO DISMISS** |
| MIKHAIL FIKS et. al., | ) **UNDER 12(b)(6)** |
| Defendants. | ) Date:       July 11, 2008 |
| | ) Time:      10:00 a.m. |
| | ) Courtroom: 1, 17th Floor |
| | ) Judge:     Samuel Conti |

   Defendant Fiks' motion under 12(b)(6) to dismiss Plaintiffs' verified complaint came on regularly for hearing on July 11, 2008. Plaintiff Gridnev appeared by and through his attorney Timothy J. Walton and Defendant Fiks appeared by and through his attorneys of record.

   The Court having read and considered the moving and opposing papers, and having heard and considered argument of counsel and good cause appearing,

//

1

1  IT IS HEREBY ORDERED that:

2      Defendant's motion to dismiss is DENIED in its entirety.

3  IT IS SO ORDERED.

5  Dated: _____      By: _____
                                          U.S. District Judge