UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LIMO HOSTING, INC., a Florida
corporation, OLEG GRIDNEV, an individual

                Plaintiff(s),

                    v.

MIKHAIL FIKS d/b/a FIXEDSITES.COM,
an individual, and DOES 1 - 10

                Defendant(s).
_____/

CASE NO. 3:08-cv-02474-SC

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  August 15, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Timothy J. Walton | Limo Hosting, Inc. and Oleg Gridnev | (650) 566-8500 | twalton@twalton.net |
| Karl S. Kronenberger | Mikhail Fiks | (415) 955-1155 x114 | karl@kronenbergerlaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 8/8/08                                                         /s/ Timothy J. Walton
                                                                       Attorney for Plaintiff

Dated: 8/8//08                                                       /s/ Karl S. Kronenberger
                                                                       Attorney for Defendant

Rev 12.05

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."