UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LIMO HOSTING, INC., a Florida corporation,
OLEG GRIDNEV, an individual

      Plaintiff(s),

v.

MIKHAIL FIKS d/b/a FIXEDSITES.COM, an individual, and DOES 1-10

      Defendant(s).

No. C 08-02474 SC

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 14, 2008

Signature

Counsel for Mikhail Fiks, Defendant
(Plaintiff, Defendant or indicate "pro se")