IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIMO HOSTING, et al., | No. C 08-2474 SC |
| Plaintiff, | **ORDER OF REFERENCE** |
| v. | |
| MIKHAIL FIKS, et al., | |
| Defendant. | |

In accordance with the provisions of Title 28, U.S.C. § 636(c), the parties in the above-captioned case voluntarily waived their rights to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

IT IS HEREBY ORDERED that the case is referred for assignment to a Magistrate Judge for all further proceedings.

**IT IS SO ORDERED**.

Dated: August 14, 2008

SAMUEL CONTI
UNITED STATES DISTRICT JUDGE