UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIMO HOSTING, et al., | ) |
| Plaintiff(s), | ) No. C 08-2474 BZ |
| v. | ) **CLERK'S NOTICE SETTING** |
| | ) **STATUS CONFERENCE** |
| MIKHAIL FIKS, et al., | ) |
| Defendant(s). | ) |

**PLEASE TAKE NOTICE** that a Status Conference is scheduled for **Monday, September 22, 2008, at 4:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Any party desiring to supplement the Case Management Statement previously filed in this case may do so in writing no later than seven (7) days prior to the Status Conference.

Dated: August 27, 2008

*Rose Maher*
_____
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-BZCASES\LIMO HOSTING V. FIKS\STATUS CONF.ORDER.wpd

1