UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LIMO HOSTING, et al., | ) | |
| Plaintiff(s), | ) | No. C 08-2474 BZ |
| v. | ) | **SCHEDULING ORDER** |
| MIKHAIL FIKS, et al., | ) | |
| Defendant(s). | ) | |

Following the Status Conference held on September 22, 2008, **IT IS HEREBY ORDERED** that plaintiffs shall amend their complaint by no later than **October 10, 2008** and that defendant shall respond to plaintiff's amended complaint within **20 days** of filing.

Dated: September 23, 2008

*Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\LIMO HOSTING V. FIKS\SCHED. ORDER FOR PLAINTIFF'S REQUEST TO FILE AMENDED COMPLAINT.wpd

1