UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIMO HOSTING, et al., ) | |
| Plaintiffs, ) | No. C 08-2474 BZ |
| v. ) | **BRIEFING ORDER** |
| MIKHAIL FIKS, et al., ) | |
| Defendants. ) | |

Having received defendant, Mikhail Fiks', motion to dismiss plaintiffs' first amended complaint, **IT IS HEREBY ORDERED** as follows:

1. Plaintiffs' opposition shall be filed by **November 19, 2008**; and

2. Defendant's reply, if any, shall be filed by **December 1, 2008;**

3. A hearing is scheduled for **December 17, 2008 at 10:00 a.m.** in Courtroom G, on 15th Floor of the Federal

///

///

///

1

1 | Building, 450 Golden Gate Avenue, San Francisco, California
2 | 94102.
3 | Dated: October 31, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

10 | G:\BZALL\-BZCASES\LIMO HOSTING V. FIKS\BRIEFING ORDER.wpd