UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIMO HOSTING, et al., | ) |
| Plaintiffs, | ) No. C 08-2474 BZ |
| v. | ) **BRIEFING ORDER** |
| MIKHAIL FIKS, et al., | ) |
| Defendants. | ) |

The court received the attached letter from defendant Janice Downs, acting *pro se*, which the court deems to be a motion to dismiss for lack of personal jurisdiction. **IT IS THEREFORE ORDERED** as follows:

1.  If plaintiffs elect to oppose the motion, their opposition shall be filed by **November 10, 2008**; and

2.  Defendant's reply, if any, shall be filed by **November 18, 2008**;

3.  A hearing is scheduled for December 3, 2008 in Courtroom G, on 15th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

4. Defendant's letter stated that if the court has

1

| | |
|---|---|
| 1 | additional questions or needs any documents from defendant, it |
| 2 | should contact her with such requests.  The court cannot give |
| 3 | any defendant legal advice, or contact a defendant to request |
| 4 | documents.  If defendant requires legal assistance, defendant |
| 5 | should seek the advice of counsel or consult a manual the |
| 6 | court has adopted to assist *pro se* litigants in presenting |
| 7 | their case.  This manual is available in the Clerk's Office |
| 8 | and online at: **www.cand.uscourts.gov** |

Dated: October 31, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\LIMO HOSTING V. FIKS\BRIEFING ORDER FOR JD'S MOTION ON LACK OF PJ.wpd



CHAMBERS

October 29, 2008

The Honorable Bernard Zimmerman
Magistrate Judge
United States District Court for the
 Northern District of California
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

RE: *Limo Hosting, Inc. v. Mikhail Fiks, et al.*, Case No. C 08-2474 BZ – Motion to Dismiss Case

Dear Judge Zimmerman:

My name is Janice Downs, and I have been sued in the case *Limo Hosting, Inc. v. Mikhail Fiks*. I write this letter to you in response to the Amended Complaint for Damages and Injunctive Relief. I want to explain why I should not have to travel to California to defend myself in this lawsuit, and why it would impose a significant burden on me. I don't have the money to hire an attorney to represent me in California, so I am representing myself by writing this letter.

I was born and raised in Florida. I currently live in Orlando, Florida, and I have never lived in any other state. I have only been to California once in my life, and that was about 10 years ago. That trip to California lasted less than two days. I don't own any property in California. I don't operate any businesses in California. I don't understand why I have been sued in California.

My business partner and I operate a small limousine service company in Orlando, Florida called Sir Randolph's Classic Transportation of Orlando. This company is a limited liability company based in Orlando, Florida. My business partner and I are the only two employees of Sir Randolph's. Sir Randolph's is a small limousine company with only two automobiles. It has been around since 2003. Sir Randolph's only operates in Florida. It has never operated in California. Sir Randolph's does not own any property in California. Sir Randolph's has never had any offices or automobiles in California. Sir Randolph's does not advertise in California. Sir Randolph's does not have any connection to California.

It is true that Mike Fiks has done some work on Sir Randolph's website. However, this arrangement with Mike did not involve any connection to California. I wasn't even aware that Mike lived or worked in California.

I hope this letter explains the lack of any connection between me and California and why it would be unfair to make me come to California to defend this lawsuit. If you have any other questions, or need any documents, feel free to contact me.

I swear that all of the above statements are true and accurate.

Sincerely,

*Janice L. Downs*

Janice L. Downs

## CERTIFICATE OF SERVICE

I certify that on October 29, 2008, I sent the above letter to the attorney for Limo Hosting, Inc. and Oleg Gridnev by U.S. Mail to the following address:

> Timothy J. Walton
> Walton & Roess LLP
> 407 South California
> Suite 8
> Palo Alto, CA 94306

*Janice L. Downs*
Janice L. Downs