**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@kronenbergerlaw.com
jeff@kronenbergerlaw.com

Attorneys for Defendant MIKHAIL FIKS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LIMO HOSTING, INC.**, *et al.*,<br><br>    Plaintiff,<br>    v.<br><br>**MIKHAIL FIKS**, *et al.*,<br><br>    Defendants. | CASE NO. CV-08-2474-BZ<br><br>**NOTICE OF CHANGE IN COUNSEL** |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendant MIKHAIL FIKS, is no longer represented by the following attorney and requests that the Court remove the following email address with respect to this case:

Deepa Krishnan, CA Bar No. 228664
Kronenberger Burgoyne, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
deepa@kronenbergerlaw.com

All correspondence, notice of electronic filing, pleadings and/or other court documents should no longer be sent to counsel listed above for this case.

DATED: November 6, 2008        KRONENBERGER BURGOYNE, LLP

By:  s/Karl S. Kronenberger

Karl S. Kronenberger

Attorneys for Defendant,
MIKHAIL FIKS



**11/7/2008 - DENIED - See L.R. 11-5**

Case No. 3:08-cv-02474-BZ          1          NOTICE OF CHANGE IN COUNSEL