UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIMO HOSTING, et al., | ) |
| Plaintiffs, | ) No. C 08-2474 BZ |
| v. | ) **HEARING and SCHEDULING ORDER** |
| MIKHAIL FIKS, et al., | ) |
| Defendants. | ) |

Plaintiffs' opposition to pro se defendant Janice Downs' motion to dismiss plaintiffs' first amended complaint for lack of personal jurisdiction was due November 10, 2008. It was not filed until November 24, 2008. No leave of court to file a late opposition was sought and no explanation of the late filing was given. One effect of the late opposition was to deprive Downs of a reply, which was due November 18, 2008. It is therefore **ORDERED** as follows:

1] The hearing on the motion to dismiss scheduled for December 3, 2008 is **VACATED**.

2] Defendant Downs may file a reply by December 8, 2008.

1

3] The court will take this motion under submission and schedule a hearing if one is required.

4] Plaintiffs shall show cause in writing by December 3, 2008 at 10 am why they should not be held in contempt or otherwise sanctioned for failing to comply with this court's Briefing Order dated October 31, 2008. A hearing on the Order to Show Cause is scheduled for December 17, 2008.

Dated: November 26, 2008

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\LIMO HOSTING V. FIKS\Hearing order BZ.wpd

2