UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LIMO HOSTING, et al., | ) | |
| Plaintiffs, | ) | No. C 08-2474 BZ |
| v. | ) | |
| MIKHAIL FIKS, et al., | ) | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| Defendants. | ) | |

Having read plaintiffs' counsel's response to the order to show cause, **IT IS ORDERED** that the order to show cause is **DISCHARGED.**

Dated: December 22, 2008

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\LIMO HOSTING V. FIKS\ORDER DISCHARGING OSC.wpd

1