Timothy J. Walton (State Bar No. 184292)
LAW OFFICES OF TIMOTHY WALTON
801 Woodside Rd. Ste. 11
Redwood City, CA 94061

Phone: (650) 216-9800
Fax: (650) 618-8687
Email: cand.uscourts.gov@computercounsel.com

Attorneys for Plaintiffs
LIMO HOSTING, INC. and
OLEG GRIDNEV

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LIMO HOSTING, INC. et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> MIKHAIL FIKS et. al., ) <br> ) <br> Defendants. ) <br> ———————————————— ) <br> ) <br> MIKHAIL FIKS, *et al.*, ) <br> ) <br> Cross-Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LIMO HOSTING, INC., *et al.*, ) <br> ) <br> Cross-Defendants. ) | Case No.: 3:08 CV 02474 BZ <br><br> **STIPULATION TO FILE AN AMENDED ANSWER TO DEFENDANT'S COUNTERCLAIMS** |

For the purpose of settling and compromising a dispute over the content of Cross-Defendants, Plaintiffs Limo Hosting, Inc. (hereinafter "Limo Hosting") and Oleg Gridnev and Defendant Mikhail Fiks hereby stipulate and agree that Cross-Defendants may file an amended answer with the following changes:

1. In answer to the paragraph 34 of Defendant's counterclaims: Cross-Defendant Oleg Gridnev admits the allegation in this Paragraph that he left a voicemail on Cross-Complainant Fiks' answering machine but lacks information about the accuracy of Cross-Complainant's transcription, and therefore denies that the voicemail is exactly as alleged.

2. In answer to the paragraph 39 of Defendant's counterclaims: Cross-Defendants deny all the allegations in this Paragraph, except admit that William Sharp filed a police report. Cross-Defendants dispute the accuracy of the police report.

3. In answer to the paragraph 40 of Defendant's counterclaims; Cross-Defendant Oleg Gridnev admits that he called Yogesh Kumar but denies that his message was harassing or threatening.

4. In answer to the paragraph 44 of Defendant's counterclaims: Cross-Defendant Oleg Gridnev admits that he published the statements mentioned in this Paragraph but denies the implication that he initiated the message posts at RipOffReport.com.

5. In answer to the paragraph 56 of Defendant's counterclaims: Cross-Defendant Oleg Gridnev admits that he registered the domain names alleged in this paragraph but denies that Cross-Complainant Fiks' FREE LIMO WEBSITE trademark had become distinctive or indicative of Cross-Complainant Fiks' services.

6. In answer to the paragraph 57 of Defendant's counterclaims: Cross-Defendants admit to creating web sites, but deny that such web sites are "nearly identical to those offered by Fiks's Free Limo Website."

DATED this 26th day of March, 2009.

Presented by

/s/ Timothy J. Walton
Timothy J. Walton
Attorneys for Plaintiffs


/s/ Margarita Calpotura
Margarita Calpotura
Attorneys for Defendant

Upon review of the proposed changes to the answer to Cross-Complaint, and for good cause, this Court orders that Cross-Defendants LIMO HOSTING, INC, and OLEG GRIDNEV have ten days leave to file an Amended Answer.

IT IS SO ORDERED          Dated: 3/27/2009

_____
Judge of the Superior Court
           District

IT IS SO ORDERED
Judge Bernard Zimmerman