Timothy J. Walton (State Bar No. 184292)
LAW OFFICES OF TIMOTHY WALTON
801 Woodside Rd. Ste. 11
Redwood City, CA 94061

Phone: (650) 216-9800
Fax: (650) 618-8687
Email: cand.uscourts.gov@computercounsel.com

Attorneys for Plaintiffs
LIMO HOSTING, INC. and
OLEG GRIDNEV

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LIMO HOSTING, INC. et al., | Case No.: 08-02474 BZ |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND DISCOVERY CUTOFF** |
| vs. | |
| MIKHAIL FIKS et. al., | |
| Defendants. | |
| MIKHAIL FIKS, *et al.*, | |
| Cross-Plaintiff, | |
| v. | |
| LIMO HOSTING, INC., *et al.*, | |
| Cross-Defendants. | |

1

**STIPULATION AND ORDER TO EXTEND DISCOVERY CUTOFF**

For the purpose of providing the parties adequate time to compete discovery prior to trial including deposition of Cross-Defendants, Plaintiffs Limo Hosting, Inc. and Oleg Gridnev the parties have agreed to extend close of discovery in the above captioned action. Pursuant to Federal Rules of Civil Procedure Rule 29, Cross-Defendants/ Plaintiffs and Defendant Mikhail Fiks hereby stipulate to extend the discovery cutoff date to June 19, 2009.

DATED this 20th day of April, 2009.

Presented by

LAW OFFICES OF TIMOTHY WALTON

/s/ Timothy Walton
Timothy J. Walton
Attorneys for Plaintiffs

KRONENBERGER BURGOYNE

/s/ Margarita Calpotura
Margarita Calpotura
Attorneys for Defendant

Upon review of the proposed extension of cutoff time for discovery to June 19, 2009, and for good cause, this Court orders that the discovery cutoff is extended to June 19, 2009.
ALL OTHER DATES REMAIN THE SAME.
IT IS SO ORDERED

*[signature: Bernard Zimmerman]*
Judge of the Superior Court
          District

IT IS SO ORDERED
*[signature]*
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION AND ORDER TO EXTEND DISCOVERY CUTOFF**