UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LIMO HOSTING, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. C 08-2474 BZ |
| | ) | |
| v. | ) | **ORDER TAKING DEFENDANT'S** |
| | ) | **MOTION TO COMPEL PRODUCTION** |
| MIKHAIL FIKS, et al., | ) | **OF DOCUMENTS AND FURTHER** |
| | ) | **RESPONSES TO INTERROGATORIES** |
| Defendants. | ) | **OFF CALENDAR** |
| | ) | |

**IT IS ORDERED** that defendant's motion to order plaintiffs to compel production of documents and further responses to interrogatories is taken off calendar for failing to comply with my previous order dated September 23, 2008. (Doc. No. 27.)  This order requires parties to "meet in person" and "participate in a telephone conference with the Court before filing any discovery motions or other papers."  Defendant has not done neither.  Without meeting these requirements, defendant's motion will not be entertained by this Court.

Dated: April 22, 2009

                             /s/ Bernard Zimmerman
                               Bernard Zimmerman
                           United States Magistrate Judge

G:\BZALL\-BZCASES\LIMO HOSTING V. FIKS\ORDER REMOVING MOT FROM CALENDAR.wpd

1