UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LIMO HOSTING, et al., )
)
        Plaintiffs, )    No. C 08-2474 BZ
)
  v. )    **ORDER TO SHOW CAUSE**
)
MIKHAIL FIKS, et al., )
)
        Defendants. )
)

    It appears to the Court that plaintiffs have not engaged in the pretrial process or filed documents as required by the Order Scheduling Jury Trial and Pretrial Matters (Doc. No. 27), issued on September 24, 2008.

    Plaintiffs are therefore **ORDERED** to show cause in writing by **5:00 p.m.** on **Monday, August 24, 2009** why their complaint should not be dismissed or other sanctions imposed under Federal Rules of Civil Procedure 16(f) for failing to comply with the Court's September 24, 2008 scheduling order.

    If defendant wishes to propose a sanction it shall do so in writing by **5:00 p.m.** on **Monday, August 24, 2009.**

    A hearing on the Order to Show Cause shall be held on

1

**Tuesday, August 25, 2009** at **2:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Personal attendance by counsel for both parties is mandatory.

Dated: August 20, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\LIMO HOSTING V. FIKS\PRETRIAL OSC.wpd