UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIMO HOSTING, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MIKHAIL FIKS, et al., ) <br> ) <br> Defendants. ) <br>_____) | No. C 08-2474 BZ <br><br> **PRETRIAL BRIEFING ORDER** |

    Following an Order to Show Cause hearing on August 25, 2009, at which both parties were represented by counsel, **IT IS HEREBY ORDERED** as follows:

    1) Plaintiffs shall **lodge** a copy of all exhibits with the Court by **5:00 p.m.** today, **August 26, 2009**;

    2) Plaintiffs' proposed jury instructions shall be filed by **5:00 p.m.** on **Thursday, August 27, 2009**;

    3) Henceforth, plaintiffs shall comply with the requirements set forth in the Court's Order Scheduling Jury Trial and Pretrial Matters ("Pretrial Order"). Specifically, plaintiffs shall file any objections to defendant's proposed jury instructions, witnesses, and exhibits and opposition to the Sharpe motion by **Friday, August 28, 2009**. Since

1

1  plaintiffs pretrial submissions were untimely, defendant may
2  file any objections to plaintiff's proposed jury instructions,
3  witnesses, and exhibits by **Thursday, September 3, 2009**.
4     4) The pretrial conference remains set for **Tuesday,**
5  **September 8**, **2009** at **4:00 p.m.**
6  Dated: August 26, 2009

                                    _____
                                         Bernard Zimmerman
                                    United States Magistrate Judge

10  G:\BZALL\-BZCASES\LIMO HOSTING V. FIKS\PRETRIAL\PRETRIAL BRIEFING ORDER.wpd