UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIMO HOSTING, et al., )<br>)<br>    Plaintiffs, )<br>)<br>  v. )<br>)<br>MIKHAIL FIKS, et al., )<br>)<br>    Defendants. )<br>_____) | No. C 08-2474 BZ<br><br>**ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL DOCUMENT** |

    **IT IS HEREBY ORDERED** that defendant Mikhail Fik's motion for administrative relief to file documents under seal is **DENIED**.  Defendant moved to seal documents designated highly confidential by plaintiffs.  Plaintiff did not file a declaration establishing that the designated information is sealable, as required by Local Rule 79-5(d), and the time to do so has now passed.  *See* Local Rule 79-5(d).

    **IT IS FURTHER ORDERED** that defendant comply with 79-5(e).

Dated: September 11, 2009

                                              _____
                                                Bernard Zimmerman
                                          United States Magistrate Judge

G:\BZALL\-BZCASES\LIMO HOSTING V. FIKS\ORD DENYING ADMIN MOT.wpd

1