UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Limo Hosting, et al.,                                            Case No. C08-2474 BZ

        Plaintiff(s),

  v.                                                                  **ORDER**

Mikhail Fiks, et al.,

        Defendant(s).

_____/

    IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries to be delivered no later than 8:00 a.m. for the seven (7) members of the jury in the above-entitled matter beginning **Wednesday, September 30, 2009**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom G , 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

    IT IS SO ORDERED.

Dated: September 29, 2009

_____
BERNARD ZIMMERMAN
U.S. MAGISTRATE JUDGE