UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIMO HOSTING, et al., | |
| Plaintiffs, | No. C 08-2474 BZ |
| v. | **SCHEDULING ORDER** |
| MIKHAIL FIKS, et al., | |
| Defendants. | |

The parties are **ORDERED** to meet and try to resolve any remaining issues concerning equitable relief, by **October 19, 2009**. If the parties are unable to reach a resolution, motions seeking such relief must be filed by **October 26, 2009**; oppositions by **November 4, 2009** and replies by **November 11, 2009**. The Court will schedule a hearing if needed.

Dated: October 6, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\LIMO HOSTING V. FIKS\Post trial order.wpd

1