**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Defendant and
Cross-Plaintiff MIKHAIL FIKS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LIMO HOSTING, INC.**, *et al.*,<br><br>　　　Plaintiffs,<br>　v.<br>**MIKHAIL FIKS**, *et al.*,<br><br>　　　Defendants. | CASE NO. 3:08-cv-02474-BZ<br><br>**JOINT STIPULATION FOR EQUITABLE RELIEF PURSUANT TO VERDICT AND [~~PROPOSED~~] ORDER** |
| **MIKHAIL FIKS**,<br><br>　　　Cross-Plaintiff,<br>　v.<br>**LIMO HOSTING, INC.**, *et al.*,<br><br>　　　Cross-Defendants. | |

Case No. 3:08-cv-02474-BZ　　　　　　　　　　　　　　　　　**JOINT STIP. FOR EQUITABLE RELIEF**

The parties to the above-captioned action, by and through their attorneys of record, hereby stipulate as follows:

WHEREAS, Special Verdict was entered in favor of Defendant and Cross-Plaintiff Mikhail Fiks ("Fiks") and against Plaintiffs Limo Hosting, Inc. and Oleg Gridnev (collectively, "Plaintiffs") on October 5, 2009;

WHEREAS, the jury, as reflected in the Special Verdict, found that Plaintiffs violated the Anticybersquatting Consumer Protection Act regarding the domain names, <FreeLimoWebsite.net>, <FreeLimoWebsite.org>, <FreeLimoWebsites.net>, and <FreeLimoWebsites.org>;

WHEREAS, the jury, as reflected in the Special Verdict, found that Plaintiffs had violated the Bane Act (Civ. Code § 52.1);

NOW THEREFORE, THE PARTIES AGREE AND STIPULATE that the Court should order the following injunctive relief consistent with the Special Verdict:

1. To the extent that Plaintiffs or Plaintiffs' agents/affiliates control <FreeLimoWebsite.net>, <FreeLimoWebsite.org>, <FreeLimoWebsites.net>, <FreeLimoWebsites.org>, <LimoDeals.net> and <LimoDeals.org>, Plaintiffs shall transfer such domain names to Fiks; furthermore, Plaintiffs will not interfere with the transfer of such domain names to Fiks;

2. That Plaintiffs and Plaintiffs' agents/affiliates shall not contact, including by telephonic or electronic means, Fiks and/or Fiks' family;

3. That Plaintiffs and Plaintiffs' agents/affiliates shall not contact Fiks' business customers; *provided, however,* that Plaintiffs or Plaintiffs' agents/affiliates may contact a Fiks business customer concerning a *bona fide* debt owed by such business customer to Plaintiffs;

4. That Plaintiffs and Plaintiffs' agents/affiliates shall not make any Internet postings referencing Fiks, Fiks' family or Fiks' business;

//

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

**IT IS SO STIPULATED**, THROUGH COUNSEL OF RECORD:

| | |
|---|---|
| DATED: October 23, 2009 | DATED: October 23, 2009 |
| KRONENBERGER BURGOYNE, LLP | LAW OFFICES OF TIMOTHY WALTON |
| By: _s/ Karl S. Kronenberger_ | By: _s/Timothy J. Walton_ |
| Karl S. Kronenberger | Timothy J. Walton |
| Attorneys for Defendant and Cross-Plaintiff MIKHAIL FIKS | Attorneys for Plaintiffs and Cross-Defendants Limo Hosting, Inc. and Oleg Gridnev |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: October 26, 2009

_____
The Hon. Bernard Zimmerman
UNITED STATES MAGISTRATE JUDGE