UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIMO HOSTING, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MIKHAIL FIKS, et al., )<br>)<br>Defendants. )<br>_____) | No. C 08-2474 BZ<br><br>**JUDGMENT** |

The jury having rendered its verdict on October 2, 2009 and the court having ordered equitable relief pursuant to the parties' stipulation, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** as follows:

1. On the complaint, plaintiffs Limo Hosting, Inc. and Oleg Gridnev recover nothing, the complaint be dismissed on the merits and the defendant Mikhail Fiks recover costs from the plaintiffs.

2. On the counterclaim, counterclaimant Mikhail Fiks recovers from counterdefendants Limo Hosting, Inc. and Oleg

///

1

Gridnev the amount of $41,000.00 with post-judgment interest and costs.

Dated: October 26, 2009

                                                Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\-BZCASES\LIMO HOSTING V. FIKS\JUDGMENT.wpd