UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LIMO HOSTING, et al., | ) | |
| Plaintiffs, | ) | No. C 08-2474 BZ |
| v. | ) | **ORDER ON MOTION FOR ATTORNEY'S FEES** |
| MIKHAIL FIKS, et al., | ) | |
| Defendants. | ) | |

In support of his motion for attorney's fees, defendant submitted a copy of each invoice sent to defendant Fiks to this Court for an *in camera* inspection, stating that the invoices contain privileged information. Defendant never sought leave of court to file any document *in camera* or under seal. See Local Rule 79-5. **IT IS ORDERED** that defendant file the invoices by **DECEMBER 7, 2009** so that plaintiffs may prepare a substantive opposition to the motion. If the documents contain any privileged information, it may be redacted.

If plaintiffs wish, they may file a further opposition to the motion for attorney's fees addressing the invoices by

1

1   **DECEMBER 14, 2009.**  In that event, defendant may reply by

2   **DECEMBER 21, 2009.**  The hearing for **DECEMBER 16, 2009** is

3   **VACATED** and rescheduled for **JANUARY 6, 2009.**

4   Dated: December 3, 2009

5

6                            Bernard Zimmerman
                        United States Magistrate Judge

7

8   G:\BZALL\ARCHIVE\BZCASES.5\LIMO HOSTING V. FIKS\ORDER ON MOTION FOR ATTORNEY'S FEES.wpd

2