UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIMO HOSTING, et al., ) | |
| ) | |
| Plaintiffs, ) | No. C 08-2474 BZ |
| ) | |
| v. ) | **BRIEFING ORDER** |
| ) | |
| MIKHAIL FIKS, et al., ) | |
| ) | |
| Defendants. ) | |

**IT IS ORDERED** that plaintiffs **SHALL** file any opposition to defendant's ex-parte application for a turnover order (Doc. No. 159) by **JUNE 14, 2010**. Any reply **SHALL** be filed by **JUNE 21, 2010**. By **JUNE 14, 2010**, defendant **SHALL** submit supplemental authority which supports his position that the Court can order a party to produce in this district personal property located in a different district.

Dated: June 3, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\LIMO HOSTING V. FIKS\BRIEFING ORD.wpd

1