UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| LIMO HOSTING, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. C 08-2474 BZ |
| | ) | |
| v. | ) | **TURNOVER ORDER** |
| | ) | |
| MIKHAIL FIKS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Mikhail Fiks ("Fiks")'s Ex Parte Application for Turnover Order, was presented to this Court on May 24, 2010. Plaintiffs Limo Hosting Inc. and Oleg Gridnev ("plaintiffs") were given an opportunity to respond (Doc. No. 162), but did not. **IT IS ORDERED AS FOLLOWS:**

1.   Good cause appearing, Fiks's Ex Parte Application for Turnover Order is **GRANTED**.

2.   Gridnev shall transfer the black 2007 Chrysler 300 customized with a Rolls Royce Phantom Body Kit with VIN No. 2C3KA63H37H875142 to the United States Marshal Service for the Northern District of California, located at U.S. Courthouse/Phillip Burton Building, 450 Golden Gate Avenue, Room 20-6888, San Francisco, CA 94102.

 3.   Plaintiffs shall transfer title of the domain names <www.limohosting.com> and <www.limolinkexchange.com> to Mikhail Fiks.

 4.   Wild West Domains, Inc., the registrar for the domain names <www.limohosting.com> and <www.limolinkexchange.com> shall lock these domain names and prevent transfer of the domain names except a transfer to Mikhail Fiks.

 5.   Fiks shall serve notice of this Order upon plaintiffs and Wild West Domains, Inc.

 6.   Pursuant to California Code of Civil Procedure Section 699.040, failure to comply with this Order may subject plaintiffs to arrest and punishment for contempt of the Court.

 7.   The United States Marshal shall act as a levying officer, pursuant to California Code of Civil Procedure Section 699.070.

 8.   Fiks shall consult with the United States Marshal regarding execution of procedures relating to the public auction of the property transferred pursuant to this Order.

Dated: June 28, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\LIMO HOSTING V. FIKS\TURNOVER ORDER INCLUDING DIRECT TRANSFER.wpd